United States Bankruptcy Court

Southern District of Florida

In re:  
Alejandra Restan Arrieta  
    Debtor

Case No. 19-27106-RAM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 01, 2022      Form ID: pdf004      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alejandra Restan Arrieta, 2601 NW 16th St Road #343, Miami, FL 33125-1484 |
| 95494866 | + | Firstbankfl, 9795 South Dixie Hwy, Miami, FL 33156-2806 |
| 95494872 | + | Wells Fargo Bank, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 95494873 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 95611034 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 95494853 | + | Email/PDF: bncnotices@becket-lee.com | Jun 01 2022 23:52:32 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 95494854 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 01 2022 23:45:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 95494855 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2022 23:52:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 95506003 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2022 23:52:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 95494856 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2022 23:52:41 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 95494857 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 23:52:34 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 95494859 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 23:52:48 | Citibank/Sears, Attn: Bankruptcy, Po Box 6275, Sioux Falls, SD 57117-6275 |
| 95494860 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 23:45:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 95494861 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 23:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 95494862 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 23:45:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 95494863 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 23:45:00 | Comenitycb/el Dorado, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 95494865 | | Email/Text: mrdiscen@discover.com | Jun 01 2022 23:44:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 95494864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 23:52:48 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 95591830 | | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2022 23:45:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdf004 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 95506120 | Email/Text: mrdiscen@discover.com | | | 98083-0657 |
| | | | Jun 01 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 95494858 | Email/PDF: ais.chase.ebn@aisinfo.com | | | |
| | | | Jun 01 2022 23:52:39 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 95494867 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Jun 01 2022 23:44:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 95607680 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Jun 01 2022 23:44:00 | LendingClub Corporation, 595 Market Street, Suite 200, Attention Bankruptcy, San Francisco, CA 94105-2807 |
| 95494868 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | | |
| | | | Jun 01 2022 23:45:00 | Logix Federal Credit Union, Attn: Bankruptcy, Po Box 10249, Burbank, CA 91510-0249 |
| 95558523 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | | |
| | | | Jun 01 2022 23:52:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 95613732 | Email/Text: bnc-quantum@quantum3group.com | | | |
| | | | Jun 01 2022 23:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 95494869 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 01 2022 23:52:27 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 95494870 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 01 2022 23:52:07 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 95494871 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 01 2022 23:52:07 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nancy K. Neidich | e2c8f01@ch13miami.com ecf2@ch13miami.com |
| Ofer Shmucher | on behalf of Debtor Alejandra Restan Arrieta ofer@flbankrupt.com nef@flbankrupt.com;shmucheror76531@notify.bestcase.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

District/off: 113C-1 User: admin Page 3 of 3
Date Rcvd: Jun 01, 2022 Form ID: pdf004 Total Noticed: 29
TOTAL: 3



**ORDERED in the Southern District of Florida on May 31, 2022.**

                                                                            _____
                                                                            **Robert A. Mark, Judge**
                                                                            **United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                   Case No.  19-27106-RAM
                                                                                              Chapter 13
Alejandra Restan Arrieta

                    _____Debtor_____/

**ORDER REINSTATING CHAPTER 13 CASE**

       This matter came to be heard on _5/17/2022_ on the debtor's motion to reinstate case. The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees.  Based on the record, it is

       **ORDERED** as follows:

       1)     The motion is granted and this case is **REINSTATED**.   Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

       2)     The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

       3)     If not previously filed, any and all documents required to be filed by the debtor(s) under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, and Local Rule 1007-1 shall be filed no later than 14 days after entry of this order.

       4)     The following checked provision(s) also apply:

              [ ]    This case was dismissed prior to the conclusion of the meeting of
                     creditors, under 11 U.S.C. §341.  A new §341 meeting of creditors

and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

[ ]  This case was dismissed after the §341 meeting of creditors was concluded but prior to or at the hearing on confirmation. (If applicable) A further §341 meeting will be conducted at_____. A new confirmation hearing is scheduled for_____, at_____.m. in courtroom_____at_____.The deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts, is_____.
The deadline for filing claims (except for governmental units) is _____. Previously filed claims need not be refiled.

[ ]  This case was dismissed after the §341 meeting of creditors was conducted and after the expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset. (If applicable) A further §341 meeting will be conducted at_____.
A new confirmation hearing is scheduled for_____, at_____.m. in courtroom_____at_____.

[ X ]  This case was dismissed after the §341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original claims bar date. No new §341 meeting, confirmation hearing, or deadlines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[ X ]  If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments held by the Chapter 13 trustee shall be non-refundable and held in trust for the secured creditors as adequate protection, and in trust for priority and administrative creditors. If this case is dismissed or converted, the Trustee shall disburse all funds which were received prior to the order of conversion or dismissal and held in trust. The disbursement shall be on a pro rata basis, less Trustee fees, to the secured, priority

or administrative creditors pursuant to the proposed Chapter 13 Plan which was filed at least one day prior to the last confirmation hearing date. (see Local Rule 1017-2(F) and Interim Local Rule 1019-1 (E), (F), (G), AND (H)).

### 

**Submitted by:**
Ofer Shmucher, Esq.
Shmucher Law, PL
20801 Biscayne Blvd. #403
Miami, FL 33180
Tel. 954-309-5559
Fax. 305-397-2333
Email:  ofer@flbankrupt.com

Ofer Shmucher  shall serve a copy of this Order on all interested parties and file a Certificate of Service.